O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ATTIAS, <br><br> Plaintiff, <br> vs. <br><br> CAROLYN M. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 15-00355-GW (KES) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto filed by the Commissioner.

Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court accepts the Magistrate Judge's findings and recommendations. Although the Commissioner contends the ALJ properly captured Plaintiff's limitations by limiting Plaintiff to unskilled work, Dkt. 24 at 2, the ALJ did not include any restrictions to accommodate Plaintiff's difficulties maintaining concentration, persistence and pace. Limitation to unskilled work is insufficient to account for these particular difficulties. See, e.g., Juarez v. Colvin, No. 13-2506, 2014 WL 1155408, at *7 (C.D. Cal. Mar. 20, 2014) (holding that limitation to unskilled work did not capture moderate limitation in maintaining concentration, persistence, and pace); Thompson v. Colvin, No. 13-1787,

2015 WL 1393230, at *10 (E.D. Cal. Mar. 25, 2015) (same); Janovich v. Colvin, No. 13-0096, 2014 WL 4370673, at *7 (E.D. Cal. Sept. 2, 2014) (same).

IT THEREFORE IS ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with the Report and Recommendation.

DATED: June 15, 2016

GEORGE H. WU
UNITED STATES DISTRICT JUDGE