**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ATTIAS,<br><br>        Petitioner,<br>vs.<br><br>CAROLYN M. COLVIN,<br>Commissioner of Social Security,<br><br>        Respondent. | Case No. CV 15-0355-GW (KES)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with the Report and Recommendation.

DATED: June 15, 2016

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE